

# THE THIRTEENTH COURT OF APPEALS

## 13-15-00563-CV

Michael A. McCann

v.

Sondra Moreno and Vicky Crumbliss

On appeal from the
36th District Court of Bee County, Texas
Trial Cause No. B-13-1345-CV-A

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part and reversed and remanded in part. The Court orders the judgment of the trial court AFFIRMED IN PART and REVERSED AND REMANDED IN PART for further proceedings consistent with its opinion. Costs of the appeal are adjudged seventy-five percent against appellant although he is exempt from payment due to his affidavit of inability to pay costs and twenty-five percent against appellees.

We further order this decision certified below for observance.

July 21, 2016